**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Steven J. Erbrick, Sr. and Lynda C. Erbrick <br><br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 13-16396 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6163

                                       Respectfully submitted,

                                       **<u>/s/Thomas Puleo, Esquire</u>**
                                       Thomas Puleo, Esquire
                                       Brian C. Nicholas, Esquire
                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 825-6306  FAX (215) 825-6406