Certificate Number: 03621-PAE-DE-031138801

Bankruptcy Case Number: 13-16396



03621-PAE-DE-031138801

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 5, 2018, at 6:40 o'clock PM EDT, Lynda C Erbrick completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 5, 2018                    By:     /s/Yadira Diaz

                                        Name:  Yadira Diaz

                                        Title:  Credit Counselor