United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-16396-ref
Steven J. Erbrick, Sr.                                                Chapter 13
Lynda C. Erbrick
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith                Page 1 of 2              Date Rcvd: Oct 15, 2018
                              Form ID: 138NEW            Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2018.
```
db         +Steven J. Erbrick, Sr.,    8876 Longswamp Rd.,    Alburtis, PA 18011-9338
jdb       #+Lynda C. Erbrick,    8876 Longswamp Rd.,    Alburtis, PA 18011-9338
smg        +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg        +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg        +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg        +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr         +BANK OF AMERICA, N.A.,    701 Market Street, Suite 5000,    PHILADELPHIA, PA 19106-1541
13105519    American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
13185390    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13105520   +Apothaker & Assoc.,    520 Fellowship Rd., C306,    Mount Laurel, NJ 08054-3410
13105522    Bank of America Mortgage,    PO Box 660833,    Dallas, TX 75266-0833
13137029   +Bank of America, N.A.,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
             Philadelphia, PA 19106-1541
13105523    Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
13105524    Health Network Laboratories,    PO Box 8500, Lock Box 9581,    Philadelphia, PA 19178-9581
13370143   +Kevin K. Kercher, Esquire,    881 Third Street, Suite #C-2,    Whitehall, PA 18052-5930
13105527   +Lifestar,    657 Union Blvd.,    Totawa, NJ 07512-2418
13105529  ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
            (address filed with court: Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX  75067)
13105528   +National Recovery,    PO Box 67015,    Harrisburg, PA 17106-7015
13105530    PA/DOR,    Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
13105531    Penn Credit,    916 S. 14th St., PO Box 988,    Harrisburg, PA 17108-0988
13105532   +Penn Medicine,    UPHS Physicians,    PO Box 824406,    Philadelphia, PA 19182-4406
13210212    Santander Bank, N.A., f/k/a Sovereign Bank,    c/o Thomas A. Capehart, Esq.,
             33 S. 7th Street, PO Box 4060,    Allentown, PA  18105-4060
13105533    Sears Mastercard,    PO Box 183082,    Columbus, OH 43218-3082
13105535   +UPHS,    PO Box 824336,    Philadelphia, PA 19182-4336
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 16 2018 02:14:43
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA 17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 16 2018 02:14:57     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13105518    E-mail/Text: ally@ebn.phinsolutions.com Oct 16 2018 02:14:25     Ally Financial,
             PO Box 380902,    Bloomington, MN 55438-0902
13140172    E-mail/Text: ally@ebn.phinsolutions.com Oct 16 2018 02:14:25     Ally Financial,
             P. O. Box 130424,    Roseville, MN 55113-0004
13202441    E-mail/Text: cio.bncmail@irs.gov Oct 16 2018 02:14:29     Department of the Treasury,
             Internal Revenue Service,    P.O. Box 21126,    Philadelphia, PA 19114
13193017    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 16 2018 02:18:45
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13153305    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 16 2018 02:14:43
             Pennsylvania Department of Revenue,    Bankruptcy division,    P O Box 280946,
             Harrisburg P A 17128-0946
13144976    E-mail/Text: bnc-quantum@quantum3group.com Oct 16 2018 02:14:34
             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13105534   +E-mail/Text: cop@santander.us Oct 16 2018 02:14:35     Sovereign Bank,    PO Box 12646,
             Reading, PA 19612-2646
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         Santander Bank, N.A. F/K/A Sovereign Bank,    c/o Thomas A. Capehart, Esq.,    33 S. 7th Street,
             PO Box 4060,    Allentown, PA 18105-4060
13105525*  +Department of the Treasury,    Internal Revenue Service,    P.O. Box 7346,
             Philadelphia, PA 19101-7346
13105521  ##+ARMS, Inc.,    2727 Philmont Ave., #100,    Huntingdon Valley, PA 19006-5318
13105526   ##Lehigh Valley Diagnostic Imaging,    PO Box 3449,    Allentown, PA 18106-0449
                                                                                  TOTALS: 0, * 2, ## 2
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-4          User: Keith              Page 2 of 2              Date Rcvd: Oct 15, 2018
                              Form ID: 138NEW          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2018 at the address(es) listed below:

```
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN K. KERCHER    on behalf of Joint Debtor Lynda C. Erbrick kevinkk@kercherlaw.com
          KEVIN K. KERCHER    on behalf of Debtor Steven J. Erbrick, Sr. kevinkk@kercherlaw.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          THOMAS A. CAPEHART    on behalf of Creditor    Santander Bank, N.A. F/K/A Sovereign Bank
           JKacsur@grossmcginley.com, ehutchinson@grossmcginley.com
          THOMAS I. PULEO    on behalf of Creditor    Bank Of America, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Steven J. Erbrick, Sr. and Lynda C. Erbrick

    Debtor(s)

Bankruptcy No: 13−16396−ref
Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    400 Washington Street
    Suite 300
    Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 10/15/18

46 − 45
Form 138_new